[No. 12994-5-I. Division One. May 7, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-8-00288-7, Jerome M. Johnson, J., entered March 4, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen and Ringold, JJ.


[No. 13162-1-I. Division One. May 7, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. KIM E. BRUNDIGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-1-03250-2, Charles V. Johnson, J., entered April 8, 1983. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, C.J., and Scholfield, J.


[No. 5404-7-III. Division Three. May 8, 1984.]

*In the Matter of the Marriage of* ANN JANE JOHNSON, *Respondent, and* ERNIE F. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 81-3-00510-4, Carl L. Loy, J., entered September 22, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by McInturff and Thompson, JJ.